No. 99–5356. HALL v. WELLA CORP. C. A. 4th Cir. Certiorari denied.

No. 99–5357. GILLAM ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5358. GRACE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5359. HARRIS ET UX. v. HENDERSON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 99–5360. CHEUK-YAN FUNG v. STEWART, SUPERINTENDENT, MCNEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 99–5361. DELPIT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5363. HUETTL v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 99–5364. SANDERS v. RICKERTSEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–5365. AYERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5366. BATTLE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–5367. NEALY, AKA KEYS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5368. LEWIS v. DUCHARME, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 99–5369. BURTON v. WEST, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–5370. STRAUSS v. TAYLOR, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.